FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 JUN 19 PM 12: 41

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| VS. | ) | Dkt. 8:02CR370 |
| | ) | |
| Edward Lee Jones | ) | |

Pursuant to a report from Senior U.S. Probation Officer Ronald L. Scheidt, Edward Lee Jones has been unable to satisfactory complete his 75 hour community service obligation due to a medical condition.

As recommended by Senior U.S. Probation Officer Scheidt, the community service obligation is hereby waived.

BY THE COURT,

Laurie Smith Camp
United States District Judge

DATE 6/18/09